FILED
2011 May-19 AM 11:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NAKIA LEON WRIGHT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10-CV-2695-PWG |
| | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed his Report and Recommendation on April 22, 2011, recommending that the petition for writ of habeas corpus be dismissed as untimely and that Petitioner's motion for leave to amend be denied. The parties were allowed fifteen days from the entry date of the Report and Recommendation in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be dismissed as untimely. A Final Judgment will be entered.

**DONE** and **ORDERED** this    19th    day of May, 2011.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE